FILED

09 SEP 16 AM 9:32

CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80260 MISC

Nolan Anthony DelCampo - # 1522113



_____/

**ORDER TO SHOW CAUSE**

It appearing that Nolan Anthony DelCampo has been suspended for 120 days. Two years probation with conditions by the Supreme Court of California effective July 16, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 20, 2009 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Nolan Anthony DelCampo
Law Office of Nolan DelCampo
8968 New Dawn Dr.
Sacramento, CA 95826